GAS 245D    Judgment in a Criminal Case for Revocations

# UNITED STATES DISTRICT COURT
Southern District of Georgia
Augusta Division

| | |
|---|---|
| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| v. | (For Revocation of Probation or Supervised Release) |
| Walter Jason Purkhiser | Case Number: 1:19CR00134 |
| | USM Number: 17347-046 |
| | James S.V. Weston |
| | Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violation #2 (special condition). and violation #3 (standard condition) of the term of supervision.

☒ was found in violation of Violation #1 (special condition). and Violation #4 and 5 (standard condition). after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | The defendant had contact with a prohibited person without permission of the probation officer (special condition). | July 6, 2020 |
| | See page two for additional violations | |

The defendant is sentenced as provided in page 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated the condition(s), _____, and is discharged as to such violation(s).

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the Court and United States Attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec No.: 1724

Defendant's Year of Birth: 1979

City and State of Defendant's Residence:

Augusta, Georgia

December 3, 2020
Date of Imposition of Judgment

Signature of Judge

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
Name and Title of Judge

12/4/2020
Date

| | |
|---|---|
| DEFENDANT: | Walter Jason Purkhiser |
| CASE NUMBER: | 1:19CR00134-1 |

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 2 | The defendant failed to abide by a curfew condition as directed (special condition). | September 13, 2020 |
| 3 | The defendant left the judicial district without permission of the Court (standard condition). | September 13, 2020 |
| 4 | The defendant failed to notify the probation officer within 72 hours of being arrested or questioned by law enforcement officer (standard condition). | September 13, 2020 |
| 5 | The defendant failed to notify the probation officer ten days prior to a change in residence or employment (standard condition). | September 16, 2020 |

| | |
|---|---|
| DEFENDANT: | Walter Jason Purkhiser |
| CASE NUMBER: | 1:19CR00134-1 |

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: <u>12 months, with no term of supervision to follow.</u>

☒ The Court makes the following recommendations to the Bureau of Prisons:
Placement in a facility near Montana or in the North West region of the United States. Placement in a facility in the Southeast region of the United States is not recommended.

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2 p.m. on _____ .

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:




Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL